# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Thomas Halton                                CHAPTER 13

                         Debtor(s)

                                                         BKY. NO. 23-12901 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                Respectfully submitted,

                                       /s/ *Michael Farrington*

                                       Michael Farrington
                                       13 Oct 2023, 13:02:53, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322