## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Thomas Halton, | : | Chapter 13 |
| | : | |
| | : | Case No. 23-12901 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER TO SHOW CAUSE

**AND NOW,** the *pro se* Debtor having failed to file the documents and schedules required by Fed. R. Bankr. P. 1007, see doc. no. 5;

It is hereby ORDERED, that the Debtor **SHALL APPEAR for a hearing on Tuesday, October 31, 2023 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 and show cause why this case should not be dismissed for failure to timely file documents.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date:  October 17, 2023

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:

Thomas Halton
124 E Walnut St
Ephrata, PA 17522