IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Thomas Halton, | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No.   23-12901 (PMM) |

### ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #9, the "Show Cause Order"), notifying the Debtor that this bankruptcy case may be dismissed if he did not appear, see Show Cause Order;

**AND** the Debtor having failed to appear at the hearing held and concluded on October 31, 2023;

**AND** the Debtor having failed to file the required documents and schedules;

It is, therefore **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.

Date:   October 31, 2023

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Thomas Halton
124 E Walnut St
Ephrata, PA 17522