United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12901-pmm |
| Thomas Halton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2023 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Halton, 124 E Walnut St, Ephrata, PA 17522-2241 |
| 14820170 | | Nationstar Mortgage LLC, C/O Alyk L. Oflazian, PO BOX 165028, Columbus, Oh 43216-5028 |
| 14822945 | + | Nationstar Mortgage LLC, c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 02 2023 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2023 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14822781 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 02 2023 00:13:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14817991 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2023 00:15:00 | Mr Cooper, PO Box 619098, Dallas, TX 75261-9098 |
| 14822691 | ^ | MEBN | Nov 02 2023 00:09:49 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14820048 | | Email/Text: amps@manleydeas.com | Nov 02 2023 00:15:00 | Nationstar Mortgage LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4                            User: admin                                    Page 2 of 2

Date Rcvd: Nov 01, 2023                         Form ID: pdf900                                Total Noticed: 9

Date: Nov 03, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Thomas Halton, | : | **Chapter 13** |
| | : | |
| Debtor. | : | **Case No.  23-12901 (PMM)** |

_____

### ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #9, the "Show Cause Order"), notifying the Debtor that this bankruptcy case may be dismissed if he did not appear, see Show Cause Order;

**AND** the Debtor having failed to appear at the hearing held and concluded on October 31, 2023;

**AND** the Debtor having failed to file the required documents and schedules;

It is, therefore **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.


_Patricia M. Mayer_

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

**Date:  October 31, 2023**

Copy to:
Thomas Halton
124 E Walnut St
Ephrata, PA 17522